1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALBERTO TABARES, | Case No. 8:21-cv-01393-JWH (GJS) |
| Petitioner | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

1    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all
2 documents filed and lodged in this action, and the Report and Recommendation of
3 United States Magistrate Judge [Dkt. 15, "Report"]. The time for filing Objections
4 to the Report has passed, and no Objections have been received.
5    Having completed its review, the Court accepts the findings and
6 recommendations set forth in the Report. Accordingly, it is hereby **ORDERED** as
7 follows:
8    1.   The Petition is **DENIED**.
9    2.   Judgment shall be entered **DISMISSING** this action **with prejudice**.
10   **IT IS SO ORDERED.**
11 DATE: August 1, 2022

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE