1
2
3                                                                **JS-6**
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10   JESUS ALBERTO TABARES,           Case No. 8:21-cv-01393-JWH (GJS)
11              Petitioner
                                      **JUDGMENT**
12          v.
13   RAYMOND MADDEN, Warden,
14              Respondent.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1      Pursuant to the Court's Order Accepting Findings and Recommendations of

2  United States Magistrate Judge,

3      It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is

4  **DISMISSED with prejudice**.

5      **IT IS SO ORDERED.**

6

7  DATE: _____August 1, 2022_____

8                         JOHN W. HOLCOMB

9                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28